372 A.2d 436

Gabe et al., Appellants, v. Church et al.

Argued December 9, 1976. Edward A. Savastio, submitted a brief for appellants; George J. McConchie, with him Cramp, D'Iorio, McConchie, Forbes & Surrick, for appellees.

Judgment affirmed.

372 A.2d 437

Goldberg, Appellant, v. Transamerica Insurance Group.

Argued December 10, 1976. Steven R. Waxman, with him Gerald I. Roth, for appellant; Earl T. Britt, with him Edward Griffith, for appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., absent.